| | |
|---|---|
| 1 | **CENTER FOR DISABILITY ACCESS** |
| 2 | Ray Ballister Jr., Esq., SBN 111282 |
|   | Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082 |
| 4 | Amanda Seabock, Esq., SBN 289900 |
|   | 8033 Linda Vista Road, Suite 200 |
| 5 | San Diego, CA 92111 |
|   | (858) 375-7385; (888) 422-5191 fax |
| 6 | amandas@potterhandy.com |
|   | Attorneys for Plaintiff |
| 7 | |
| 8 | Karl P. Schlecht, Esq. (SBN 182294) |
|   | kschlecht@tresslerllp.com |
| 9 | Judy Y. Chiang (SBN 210648) |
|   | jchiang@tresslerllp.com |
| 10 | **TRESSLER LLP** |
| 11 | 2 Park Plaza, Suite 1050 |
|    | Irvine, CA 92614 |
| 12 | Tel: (949) 336-1200 |
| 13 | Fax: (949) 752-0645 |
|    | Attorneys for Defendants, |
| 14 | LR Main Street-Arena, LLC; |
|    | LR Main Street-Prospect I, LLC; and |
| 15 | LR Main Street-West 9th, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN WHITAKER, | ) | Case No.: 2:20-cv-01779-MWF-GJS |
| Plaintiff, | ) | |
| v. | ) | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| LR MAIN STREET-ARENA, LLC, a Delaware Limited Liability Company; LR MAIN STREET-PROSPECT I, LLC, a Delaware Limited Liability Company; LR MAIN STREET-WEST 9TH, LLC, a Delaware Limited Liability Company; MEDITERRANEAN GRILLED CAFE, INC., a California Corporation; and Does 1-10, | ) | |
| Defendants. | ) | |

///

///

///

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed **with prejudice** as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 21, 2020         CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Seabock
      Amanda Seabock
      Attorneys for Plaintiff

Dated: August 20, 2020         TRESSLER LLP

By:   _____
      Judy Y. Chiang
      Attorneys for Defendants,
      LR Main Street-Arena, LLC;
      LR Main Street-Prospect I, LLC; and
      LR Main Street-West 9th, LLC